UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-61252-CIV-ALTMAN

HOWARD COHAN,

    Plaintiff,

vs.

JRA FAMILY POMPANO, LLC,
*d/b/a* BEACH HOUSE POMPANO,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, JRA FAMILY POMPANO, LLC, d/b/a BEACH HOUSE POMPANO ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated:    7/28/2020

                                   BY:   */s/ Jason S. Weiss*
                                          Jason S. Weiss
                                          Jason@jswlawyer.com
                                          Florida Bar No. 356890
                                          **WEISS LAW GROUP, P.A.**
                                          5531 N. University Drive, Suite 103
                                          Coral Springs, FL 33067
                                          Tel: (954) 573-2800
                                          Fax: (954) 573-2798
                                          *Attorneys for Howard Cohan*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

                                        BY: /s/ Jason S. Weiss
                                              Jason S. Weiss
                                              Jason@jswlawyer.com
                                              Florida Bar No. 356890