UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61252-CIV-ALTMAN

**HOWARD COHAN,**

*Plaintiff*,

v.

**JRA FAMILY POMPANO, LLC.,**

*Defendant*.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court on the Parties' Stipulation of Dismissal with Prejudice [ECF No. 19]. Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of August 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record